# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY AND PFIZER INC., <br><br> Plaintiffs, <br><br> v. <br><br> PRINSTON PHARMACEUTICAL INC. <br><br> Defendant. | C.A. No. 17-426-LPS |

## STIPULATION AND ORDER OF DISMISSAL

Plaintiffs Bristol-Myers Squibb Company and Pfizer Inc., and Defendant Prinston Pharmaceutical Inc., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims and counterclaims, defenses, motions and petitions asserted in this Action are dismissed without prejudice;

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

3. The parties each expressly waive any right to appeal or otherwise move for relief from this Stipulation and Order;

4. This Court retains jurisdiction over the parties for purposes of enforcing this Stipulation and Order; and

5. This Stipulation and Order shall finally resolve the Action between the parties.

| | |
|---|---|
| Dated: March 30, 2018 | Respectfully submitted, |
| FARNAN LLP | DUANE MORRIS LLP |
| /s/ Brian E. Farnan | /s/ Richard L. Renck |
| Joseph J. Farnan, Jr. (Bar No. 100245) | Richard L. Renck (Bar No. 3893) |
| Brian E. Farnan (Bar No. 4089) | 222 Delaware Avenue, Suite 1600 |
| Michael J. Farnan (Bar No. 5165) | Wilmington, DE 19801-1659 |
| 919 N. Market Str., 12th Floor | Tel: (302) 657-4900 |
| Wilmington, DE 19801 | Fax: (302) 657-4901 |
| Tel: (302) 777-0300 | RLRenck@duanemorris.com |
| Fax: (302) 777-0301 | |
| farnan@farnanlaw.com | *Attorney for Defendant* |
| bfarnan@farnanlaw.com | |
| mfarnan@farnanlaw.com | |

*Attorneys for Plaintiffs*

IT IS SO ORDERED this _____ day of _____, 2018.

_____
The Honorable Leonard P. Stark